ALBERT SPINNER, Respondent, *v.* BERGEN ASSOCIATES, INC., Appellant, Impleaded with Others.

(Submitted October 2, 1933; decided October 10, 1933.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 262 N. Y. 615.)

In the Matter of the Claim of WALTER BURMESTER against MARYLAND CASUALTY COMPANY, Respondent. STATE INDUSTRIAL BOARD, Appellant.

(Argued October 2, 1933; decided October 10, 1933.)

*William S. Sinclair* for motion.

*John J. Bennett, Jr.,* Attorney-General (*Joseph M. Mesnig* of counsel), opposed.

Motion denied, with ten dollars costs.